UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY S. WINFIELD,

                       Plaintiff,                       **24-CV-4278 (VF)**

      -against-                      **SCHEDULING ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On September 5, 2024, Plaintiff filed a motion, seeking an extension of time to file his brief. ECF No. 14. Plaintiff's request for an extension of time is **GRANTED**. Plaintiff shall file his brief on or before **Monday, October 28, 2024**. The Commissioner shall file their brief in opposition on or before **Wednesday November 27, 2024**. Plaintiff may file a reply brief on or before **Wednesday, December 11, 2024**.

      SO ORDERED.

DATED:    New York, New York
                September 16, 2024

                                                                _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge