UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY S. WINFIELD,

                        Plaintiff,                           24-CV-4278 (VF)

         -against-                                     **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 16, 2024, the Court granted Plaintiff, who is proceeding *pro se*, an extension of time to file his brief. See ECF No. 15. Plaintiff was directed to file his brief on or before October 28, 2024. Id. To date, Plaintiff has not filed his brief.

The Court *sua sponte* grants Plaintiff an extension of time to file his brief. Plaintiff is directed to file his brief on or before **Monday, December 2, 2024**. Any failure to file a brief by this deadline could result in a recommendation that Plaintiff's case be dismissed for failure to prosecute.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               November 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge