UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ANTHONY S. WINFIELD,

                Plaintiff,                ORDER

                                        1:24-cv-04278-GRJ

    v.

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
--------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), filed by the parties. (Docket No. 25.) The parties stipulate and agree that the Commissioner's decision should be reversed, and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

      Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

The Clerk is directed to enter final judgment in favor of Plaintiff and then close the file.

Dated: April 25, 2025

SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge