**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 ANTHONY S. WINFIELD,

                    Plaintiff,              24 **CIVIL** 4278 (GRJ)

    -v-                              **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 25, 2025, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:**  New York, New York

      April 28, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**